**ORIGINAL**

JAMES D. RIDDET (SBN 39826)
STOKKE & RIDDET
A Law Corporation
3 Imperial Promenade, Suite 750
Santa Ana, CA 92707
Telephone: (714) 662-2400
Facsimile:  (714) 662-2444

Attorney For Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 05-00810 PJH |
| Plaintiff, ) | |
| ) | STIPULATION TO PERMIT |
| vs. ) | TRAVEL; DECLARATION |
| ) | OF JAMES D. RIDDET; |
| HARVEY P. TABB, ) | [~~PROPOS~~ED] ORDER |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, that defendant Harvey P. Tabb, may travel to Las Vegas, Nevada, departing on April 21, 2006 and returning on April 24, 2006, and that defendant advise Pretrial Services in San Francisco and Santa Ana of his travel plans 48 hours before departing.

Dated: 4/11/06

_____
JAMES D. RIDDET

Dated:_____

_____
CHRISTINA HUA
Assistant United States Attorney

1

JAMES D. RIDDET (SBN 39826)
STOKKE & RIDDET
A Law Corporation
3 Imperial Promenade, Suite 750
Santa Ana, CA 92707
Telephone: (714) 662-2400
Facsimile: (714) 662-2444

Attorney For Defendant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR 05-00810 PJH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO PERMIT |
| vs. | ) | TRAVEL; DECLARATION |
| | ) | OF JAMES D. RIDDET; |
| HARVEY P. TABB, | ) | [PROPOSED] ORDER |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, that defendant Harvey P. Tabb, may travel to Las Vegas, Nevada, departing on April 21, 2006 and returning on April 24, 2006, and that defendant advise Pretrial Services in San Francisco and Santa Ana of his travel plans 48 hours before departing.

Dated:_____

Dated: 4-11-06

JAMES D. RIDDET

CHRISTINA HUA
Assistant United States Attorney

1

## DECLARATION OF JAMES D. RIDDET

I, James D. Riddet, say:

1. I am counsel for defendant Harvey P. Tabb, in this case;

2. I have been advised that Mr. Tabb would like to travel to Las Vegas, Nevada April 21-24, 2006, to attend a friend's birthday party and wedding;

3. My assistant contacted Pretrial Services Officer Josh Libby, in San Francisco, who said that he has no objection to the travel plans; she also contacted Andre Goulart, Pretrial Services in Santa Ana who is courtesy supervisor for San Francisco, who said that he has no objection to the travel plans;

4. In light of the above, it is respectfully requested that the Court authorize this travel.

I declare under penalty of perjury that the forgoing true and correct.

Executed at Santa Ana, California on  April 11 , 2006.

_____
JAMES D. RIDDET

2

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that Defendant, Harvey P. Tabb, in *United States v. Harvey P. Tabb, case no. CR 05-00810 PJH,* may travel to Las Vegas, Nevada, departing on April 21, 2006, and returning on April 24, 2006. Defendant is directed to advise Pretrial Services in both San Francisco and Santa Ana, 48 hours in advance of his departure of his itinerary including flight information and accommodations.

Dated: April 13, 2006

_____
UNITED STATES DISTRICT COURT

3

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: 3 Imperial Promenade, Suite 750, Santa Ana, CA 92707.

On  4/11/06 , served the foregoing document described as:

### STIPULATION TO PERMIT TRAVEL; DECLARATION OF JAMES D. RIDDET; [PROPOSED] ORDER

on interested parties in this action by placing a true copy thereof enclosed in sealed envelope addressed as follows:

Christina Hua
Assistant United States Attorney
United States Attorney's Office
Northern District of California
450 Golden Gate Ave.
Box 36055
San Francisco, CA 94102

Josh Libby
Pretrial Services
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

Andre Goulart
Pretrial Services
411 West Fourth Street
Santa Ana, CA 92701

\_\_\_\_ VIA FACSIMILE TO THE U.S. ATTORNEY'S OFFICE

\_\_\_\_ BY PERSONAL SERVICE:
I delivered such envelope by hand to the offices of the addressee.

✓ BY MAIL:
I deposited such envelope in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

\_\_\_\_ BY FEDERAL EXPRESS

Executed on  4/11/06 , in Santa Ana, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Pamela S. Kralich*
PAMELA S. KRALICH