1 JAMES D. RIDDET (SBN 39826)
2 STOKKE & RIDDET
A Law Corporation
3 3 Imperial Promenade, Suite 750
4 Santa Ana, CA 92707
Telephone: (714) 662-2400
5 Facsimile: (714) 662-2444
6
Attorney For Defendant
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case Nos. CR 05-00810 PJH |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | SENTENCING HEARING; |
| vs. ) | DECLARATION OF JAMES D. RIDDET |
| ) | [~~PROPOSED~~] ORDER |
| HARVEY P. TABB, ) | |
| ) | Current date: May 10, 2006 |
| Defendant. ) | Proposed date: June 7, 2006 |

IT IS HEREBY STIPULATED by and between the parties hereto through respective counsel of record, that the sentencing hearing now scheduled for May 10, 2006, at 2:30 p.m. be continued to June 7, 2006, at 2:30 p.m. The basis for this stipulated continuance is the attached declaration of counsel for defendant.

Dated: April 21, 2006

JAMES D. RIDDET

Dated: 4/21/06

CHRISTINA HUA
Assistant United States Attorney

1

# DECLARATION OF JAMES D. RIDDET

I, James D. Riddet, say:

1. I am counsel of record for defendant herein;

2. Defendant entered his plea of guilty before the Court on February 8, 2006;

3. Sentencing was scheduled for May 10, 2006;

4. Defendant and counsel met with the assigned probation officer on March 14, 2006;

5. As of April 20, 2006, the PSR had not been received by counsel, but we have been informed that it will be produced shortly;

6. I am aware that it was necessary for the assigned probation officer to interview a number of people including members of defendant's family;

7. Declarant answered ready for trial in *People v. Septiadi Tjahjano*, Case No. 03NF1519, a felony case pending in the Orange County Superior Court on Monday, April 17, 2006;

8. The matter has been trailing for trial since that time, and declarant is waiting for word from the court as to when the trial will commence;

9. The time estimate for the trial is a minimum of 5 days and may last longer because of the use of two separate interpreters;

10. Since declarant has not yet heard as of noon of April 20, 2006, it is probable that the trial will not commence until Monday, April 24, 2006; trials are dark on Fridays;

11. Declarant wishes to file a sentencing brief, but does not wish to prepare that brief until the PSR is received and reviewed with defendant;

12. It now appears that it will not be possible to review the PSR with the defendant and begin preparation of the sentencing brief until at least May 3, 2006;

13. In light of the forgoing, declarant respectfully requests that the Court approve the stipulation and continue sentencing until June 7, 2006 at 2:30 p.m.

I declare under penalty of perjury that the forgoing is true and correct.

Executed at Santa Ana, California on April 21, 2006.

_____
JAMES D. RIDDET

1 [~~PROPOSED~~] ORDER

For good cause stated as set forth in the stipulation and declaration of counsel for defendant,

IT IS HEREBY ORDERED that the sentencing hearing in *U.S.A. v. TABB, Cse N. CR 05-0081 PJH*, is continued from May 10, 2006, to June 7, 2006, at 2:30 PM.

Dated: 4/25/06

_____
Judge Un—
IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

4