1  JAMES D. RIDDET (SBN 39826)
2  STOKKE & RIDDET
   A Law Corporation
3  3 Imperial Promenade, Suite 750
4  Santa Ana, CA 92707
   Telephone: (714) 662-2400
5  Facsimile:  (714) 662-2444
6
7  Attorney For Defendant

8           UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11
12  UNITED STATES OF AMERICA,       )   Case Nos. CR 05-00810 PJH
                                    )
13               Plaintiff,         )   STIPULATION MODIFYING
                                    )   TRAVEL RESTRICTION;
14       vs.                        )   DECLARATION OF JAMES D. RIDDET
                                    )   [PROPOSED] ORDER
15  HARVEY P. TABB,                 )
16                                  )
17               Defendant.         )
    _____)
18
19       IT IS HEREBY STIPULATED by and between the parties hereto that the Court
20  may enter an order modifying the conditions of bond for Harvey P. Tabb, so that he may
21  travel to the Southern District of California, for business purposes during the time this
22  case is pending. The basis for this stipulated continuance is the attached declaration of
23
24  counsel for defendant.
25  Dated: __April 26, 2006__            _____/s/ James D. Riddet_____
26                                       JAMES D. RIDDET
27  Dated: 5-1-06                        _____
28                                       CHRISTINA HUA
                                         Assistant United States Attorney

                                    1

# DECLARATION OF JAMES D. RIDDET

I, James D. Riddet, say:

1. I am counsel of record for defendant herein;

2. On February 8, 2006, the Court issued an order setting Conditions of Release for Mr. Tabb, restricting his travel to the Northern District of California and the Central District of California;

3. Mr. Tabb requests that the Court modify that order to include the Southern District of California for business purposes and during the time this case is pending;

4. My assistant spoke with Pretrial Services Officer Anthony Granados, in San Francisco, who is filling in for PTSO Josh Libby, who said that they would have no objection to expanding the travel restriction; she also spoke with PTSO Andre Goulart, who is courtesy supervisor in Santa Ana, who also had no objection to the expansion of the travel restriction providing that Mr. Tabb notify him at least 24 hours in advance;

5. In light of the forgoing, declarant respectfully requests that the Court approve the stipulation and expand the travel restriction.

I declare under penalty of perjury that the forgoing is true and correct.

Executed at Santa Ana, California on April 26, 2006.

_____
JAMES D. RIDDET

## [~~PROPOSED~~] ORDER

For good cause stated as set forth in the stipulation and declaration of counsel for defendant,

IT IS HEREBY ORDERED that the conditions of release for Harvey P. Tabb, in *U.S.A. v. TABB, Case N. CR 05-0081 PJH*, be modified to allow defendant to travel to the Southern District of California. Mr. Tabb is to notify Pretrial Services in Santa Ana, of his travel requirements at least 24 hours in advance of any travel outside of the Central District of California.

Dated: 5/11/06



IT IS SO ORDERED
Judge Phyllis J. Hamilton

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: **3 Imperial Promenade, Suite 750, Santa Ana, California 92707.**

On _5/3/06_, I served the foregoing document described as:

### STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] ORDER

on interested parties in this action by placing a true copy thereof enclosed in sealed envelope addressed as follows:

**Christina Hua**
**Assistant United States Attorney**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, CA  94102**


\_\_\_  VIA FACSIMILE

\_\_\_  BY PERSONAL SERVICE:
I delivered such envelope by hand to the offices of the addressee.

✓  BY MAIL:
I deposited such envelope in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

Executed on _5/3/06_, at Santa Ana, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

PAMELA S. KRALICH